# United States Court of Appeals
## For the First Circuit

No. 12-2031

LOUIS PAOLINO; MARIE ISSA,

Plaintiffs, Appellants,

v.

JF REALTY, LLC; JOSEPH I. FERREIRA; ROBERT YABROUDY;
LKQ ROUTE 16 USED AUTO PARTS, INC., d/b/a Advanced Auto
Recycling; JOSEPH  I. FERREIRA, Trustee of The Joseph I.
Ferreira Trust,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 13, 2013, is amended as follows:

On page 15, footnote 7, line 2, "defendant's" is amended to read "defendants'".

On page 17, line 14, "property's" is amended to read "Property's".